CLOSED

# U.S. District Court
## Northern District of Texas (San Angelo)
### CRIMINAL DOCKET FOR CASE #: 6:25-mj-00064-BU All Defendants

Case title: USA v. Bloys

Date Filed: 10/30/2025

Date Terminated: 10/31/2025

Assigned to: Magistrate Judge John R. Parker

**Defendant (1)**
**Lonnie Lee Bloys**
*TERMINATED: 10/31/2025*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 from the Eastern District of Texas 21 U.S.C. § 846 Conspiracy to Distribute or Possess with Intent to Distribute or Dispense Methamphetamine | |

**Plaintiff**
**USA**    represented by **Matt L Tusing-DOJ**
US Attorney's Office
500 Chestnut Street
Suite 601
Abilene, TX 79602
325-271-6700

Fax: 806-271-6701
Email: matt.tusing@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2025 | 1 | Rule 5 from the Eastern District of Texas as to Lonnie Lee Bloys (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Entered: 10/30/2025) |
| 10/30/2025 | | Arrest Warrant provided by the US Attorney's office as to Lonnie Lee Bloys. (mcrd) (Entered: 10/30/2025) |
| 10/30/2025 | 2 | ELECTRONIC ORDER as to Lonnie Lee Bloys: Initial Appearance - Rule 5 set for 10/31/2025 at 01:30 PM in US Courthouse, Courtroom 2000, 341 Pine St., Abilene, TX 79601-5928 before Magistrate Judge John R. Parker. (Ordered by Magistrate Judge John R. Parker on 10/30/2025) (mcrd) (Entered: 10/30/2025) |
| 10/31/2025 | 3 | (Document Restricted) CJA 23 Financial Affidavit by Lonnie Lee Bloys. (amg) (Entered: 10/31/2025) |
| 10/31/2025 | 4 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge John R. Parker: Initial Appearance as to Lonnie Lee Bloys held on 10/31/2025. Date of Arrest: 10/30/2025. Financial affidavit executed. Defendant qualifies for appointment of counsel. Defendant released on bond and conditions. Orders to be entered. Attorney Appearances: AUSA - Matt Tusing; Defense - None. (No exhibits) Time in Court - :20. (Court Reporter: Digital File) (Interpreter None.) (USPO Doran.) (mcrd) (Entered: 10/31/2025) |
| 10/31/2025 | 5 | Personal Recognizance Bond Entered as to Lonnie Lee Bloys. (mcrd) (Entered: 10/31/2025) |
| 10/31/2025 | 6 | ORDER Setting Conditions of Release as to Lonnie Lee Bloys (1) PR. (Ordered by Magistrate Judge John R. Parker on 10/31/2025) (mcrd) (Entered: 10/31/2025) |
| 10/31/2025 | 7 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Lonnie Lee Bloys. Defendant is released from custody on bond pending further proceedings. Paperwork sent to Eastern District of Texas. (Ordered by Magistrate Judge John R. Parker on 10/31/2025) (mcrd) (Entered: 10/31/2025) |
| 10/31/2025 | | Notice FROM Texas Northern TO Eastern District of Texas of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Lonnie Lee Bloys. Your case number is: 4:25CR210. The clerk will transmit ALL applicable documents via email. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 10/31/2025) |