**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:25-CR-00210-JDK-JDL** |
| | § | |
| **LONNIE LEE BLOYS** | § | |

### 5- DAY MOTION FOR CONTINUANCE

**TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:**

Now comes Defendant Lonnie Lee Bloys**,** by and through undersigned counsel, Russell Lorfing, and respectfully moves this Court to continue the Bond Revocation Hearing currently set for March 17, 2026 at 10:00 a.m. in Courtroom 108 before Magistrate Judge Bill Davis, and in support would show the Court the following:

1.      On March 17, 2026**,** the Court has scheduled a Bond Revocation Hearing in the above captioned matter.

2.   Undersigned counsel for the Defendant, Russell Lorfing**,** has a previously scheduled professional obligation requiring his presence in New York on the date currently set for the hearing.

3.   Due to this scheduling conflict, counsel will be unable to appear before the Court on March 17, 2026 as presently scheduled.

4.   Under the Bail Reform Act, 18 U.S.C. § 3142(f), the Court may grant a brief continuance of proceedings relating to detention matters for good cause shown to allow counsel adequate time to prepare and appear.

5.  Defendant respectfully requests a brief continuance of the hearing to the next available date convenient for the Court, preferably Thursday, March 19, 2026, or Friday, March 20, 2026, or another date shortly thereafter as the Court deems appropriate.

6.  This request is made in good faith and not for purposes of delay, but rather to ensure that Defendant is represented by his retained counsel at the hearing.

7.  A brief continuance will not prejudice the Government and will serve the interests of justice by allowing Defendant's counsel to be present and prepared.

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully requests that the Court continue the Bond Revocation Hearing currently set for March 17, 2026, and reset the hearing for March 19, 2026, March 20, 2026, or another date convenient for the Court.

Respectfully submitted,

KEITH & LORFING, PLLC
265 S Leggett Dr.
Abilene, TX 79605
Tel: 325.480.8100
Fax: 325.480.8117

By: _____
Russell Lorfing
State Bar No. 24070173
russell@lorfinglaw.com
Attorney for Lonnie Lee Bloys

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document was served on the AUSA Eric Ryan Erlandson via Electronic Filing Manager on the date of filing.

_____
Russell Lorfing