# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:25-CR-00210-JDK-JDL** |
| | § | |
| **LONNIE LEE BLOYS** | § | |

## ORDER ON DEFENDANT LONNIE LEE BLOYS'
## 5-DAY MOTION FOR CONTINUANCE OF
## BOND REVOCATION HEARING

The Defendant Lonnie Lee Bloys' 5-Day Motion for Continuance is hereby:

_____          GRANTED

_____          DENIED

Signed in on this the _____ day of _____, 2026.

_____
Judge Bill Davis
United States Magistrate Judge